570

No. 16. Asbury Truck Co. v. Railroad Commission.

Argued October 18, 1932. Decided October 24, 1932. *Per Curiam:* Decree affirmed. *Castillo* v. *McConnico,* 168 U. S. 674, 683; *McDonald v. Oregon Navigation Co.,* 233 U. S. 665, 669, 670; *Iowa Central Ry. Co.* v. *Iowa,* 160 U. S. 389, 392, 393; *Hebert* v. *Louisiana,* 272 U. S. 312, 316, 317; *Kansas City Public Service Co.* v. *Ranson,* 285 U. S. 528. *Mr. Warren E. Libby* for appellant. *Mr. Arthur T. George* for appellee.

No. 25. New York Central R. Co. v. Farmer, Administratrix. Argued October 20, 1932. Decided October 24, 1932. *Per Curiam:* Judgment reversed. *Southern Ry. Co.* v. *Moore,* 284 U. S. 581; *Atchison, Topeka & Santa Fe Ry. Co.* v. *Saxon,* 284 U. S. 458; *Atchison, Topeka & Santa Fe Ry. Co.* v. *Toops,* 281 U. S. 351; *New York Central R. Co.* v. *Ambrose,* 280 U. S. 486. Mr. Justice Cardozo took no part in the consideration and decision of this case. *Mr. Clive C. Handy,* with whom *Mr. William Mann* was on the brief, for petitioner. *Mr. Henry S. Miller* for respondent.